UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN DOE,

      Plaintiff, Counter-Defendant,            Case No. 1:24-cv-12129

v.                                                      Honorable Thomas L. Ludington
                                                      United States District Judge

PATRICK-JOSEPH GROULX,

                                                       Honorable Patricia T. Morris
      Defendant, Counter-Plaintiff.           United States Magistrate Judge
_____/

## JUDGMENT

In accordance with the Opinion and Order issued today:

It is **ORDERED** that that Magistrate Judge Patricia T. Morris's Report and Recommendation, ECF No. 8, is **ADOPTED.**

Further, it is **ORDERED** that the above-captioned case be **REMANDED** to the 70th District Court in Saginaw County, Michigan.

**This is a final order and closes the above-captioned case number.**

Dated: November 7, 2024                                        s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge